# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY K. BOURN,<br><br>Defendant. | PO-15-5054-BLG-CSO<br><br>Violation No. L0211468<br>Location Code:   M31<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss with prejudice (*ECF No. 4*) Violation Notice L0211468 is GRANTED.   This matter is dismissed with prejudice as fully adjudicated.

DATED this 11th day of January, 2016.

/S/ CAROLYN S. OSTBY
United States Magistrate Judge
